## STRICKLAND BROS. MACH. CO. V. FAIRBANKS CO.

(Decided Dec. 16, 1909.)

APPEAL from Tuscaloosa Circuit Court.
Heard before Hon. S. H. SPROTT.
No counsel marked for either party.
Per curiam.   Affirmed on certificate.

---

## WRIGHT, ET AL. V. WRIGHT, ET AL.

(Decided Nov. 18, 1909.)

APPEAL from Lee Law and Equity Court.
Heard before Hon. A. E. BARNETT.
GEORGE P. HARRISON, and SAMFORD & DUKE, for appellant.   R. B. BARNES, for appellee.
DOWDELL, C. J., Affirmed on the facts.
SIMPSON, McCLELLAN and MAYFIELD, JJ., concur.